473 A.2d 702

Smith, Appellant, v. The First Nat. Bk of Berwick.
Petition for Allowance of Appeal
Denied Aug. 16, 1984.

Argued March 16, 1983. David C. Dickson, Jr., for appellant; Robert E. Bull, for appellee.

Before CERCONE, President Judge, and ROWLEY and CIRILLO, JJ.

Order affirmed.